An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NYUTU K. WOODS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61273



FILED

FEB 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion to modify or correct an illegal sentence.[1]  Eighth Judicial District Court, Clark County; Doug Smith, Judge.

In his motion filed on June 11, 2012, appellant claimed that he was innocent, his trial counsel was ineffective and his guilty plea was invalid.  Appellant failed to demonstrate that the district court relied on mistaken assumptions regarding his criminal record that worked to his extreme detriment.  See Edwards v. State, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996).  Appellant failed to demonstrate that his sentence was facially illegal or that the district court lacked jurisdiction.  See id.  We

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted.  See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04612

therefore conclude that the district court did not err in denying appellant's motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Doug Smith, District Judge
     Nyutu K. Woods
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[2]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.